FILED

13 DEC 10 AM 9:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *CKL* DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOWIE NORTH AMERICA, INC. and HENRY M. WHETSTONE, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> CANDY TREASURE, LLC; and KEVIN GASS, <br><br> Defendants. | CASE NO. 13-CV-1906 BEN (JMA) <br><br> ORDER DENYING EMERGENCY MOTION TO FILE SUR-REPLY AND SUPPLEMENTAL DECLARATION OF KEVIN GASS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION <br><br> [Docket No. 47] |

Presently before the Court is Defendants' Emergency Motion to File Sur-Reply and Supplemental Declaration of Kevin Gass in Opposition to Motion for Preliminary Injunction. (Docket No. 47.) Defendants seek leave to file a response to Plaintiffs' Reply in Support of the Motion for Preliminary Injunction, arguing that Plaintiffs presented new evidence in their Reply.

Where a reply brief presents new evidence, "the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond." *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1006) (internal quotation marks omitted). However, evidence submitted with a reply brief is not new evidence when it is submitted to rebut arguments raised in the opposition brief. *EEOC v. Creative Networks, LLC*, No. CV-05-3032, 2008 U.S. Dist. LEXIS 103381, at *6 (D. Ariz. Dec. 12, 2008). Here, a review of the Reply as well as the supporting

declarations reveals that the evidence submitted is not new evidence, but rather is responsive to the arguments raised in the opposition brief. Accordingly, Defendants' Emergency Motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: December 09, 2013

HON. ROGER T. BENITEZ
United States District Judge