[Dkt. Ents. 8, 11, 16]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| YOWIE NORTH AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CANDY TREASURE, LLC, et al., <br><br> Defendants. | Civil Action No. 14-01409 <br><br> ORDER |

This matter was transferred to this District from the United States District Court for the Southern District of California, and assigned to this Court on March 7, 2014. (Dkt. Ents. 53, 54.) On March 14, 2014, the Court held a preliminary hearing and status conference on several pending motions that were fully-briefed prior to transfer: (1) a motion for a preliminary injunction filed by Plaintiffs, Yowie North America, Inc. and Henry M. Whetstone, Jr. (the "Plaintiffs"), (2) a motion for summary judgment of noninfringement filed by Defendants, Candy Treasure LLC and Kevin Gass (the "Defendants"), and (3) a motion to dismiss the complaint (the "Complaint") filed by Defendants.

FOR THE REASONS SET FORTH ON THE RECORD,

**IT IS** on this, the **19th** day of **March 2014**, hereby

**ORDERED** that a hearing on Plaintiffs' preliminary injunction motion shall be scheduled for April 3 and 4, 2014 at 9:00 a.m. on the issues specifically identified by the Court during the hearing on March 14, 2014; and it is further

**ORDERED** that Defendants' motion for summary judgment is STAYED pending resolution of the preliminary injunction motion; and it is further

**ORDERED** that Defendant's motion to dismiss is GRANTED without prejudice as to Defendant Gass and Plaintiffs shall have thirty (30) days to amend the Complaint.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE
